IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY HAMMOND MURPHY,

                         Plaintiff,

          vs.                                    Case No.: 1:20-cv-00296 SPB

3M COMPANY,

                         Defendant.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

        Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: February 17, 2021

 **LAW|FIRST**
 /s/Lawrence H. Fisher
 Lawrence H. Fisher
 One Oxford Centre
 301 Grant St., Suite 270
 Pittsburgh, Pennsylvania 15219
 Tel: (412) 577-4040
 lawfirst@lawrencefisher.com

 *Attorney for Plaintiff Anthony Hammond Murphy*