IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>       Plaintiff,<br><br>  vs.<br><br>3M COMPANY,<br><br>       Defendant. | Case No.: 1:20-cv-00296 SPB |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)**

  Pursuant to F.R.C.P. 41(a)(1)(A) of the Federal Rules of Civil Procedure, the above captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Date: February 17, 2021

 **LAW|FIRST**
 /s/Lawrence H. Fisher
 Lawrence H. Fisher
 One Oxford Centre
 301 Grant St., Suite 270
 Pittsburgh, Pennsylvania 15219
 Tel: (412) 577-4040
 lawfirst@lawrencefisher.com

 *Attorney for Plaintiff Anthony Hammond Murphy*

          It is so ordered.

          _____
          United States District Judge